FILED
2007 Nov-15 AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 07-CR-0354-LSC-RRA |
| | ] |
| BOBBY EUGENE MITCHELL, | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Robert R. Armstrong, Jr., United States Magistrate Judge [Doc. 21] entered the 8th day of November, 2007 as well as the objection to the Report and Recommendation made by the defendant [Doc. #22].  This court has made a *de novo* determination of those findings and portions objected to by the defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

It is Ordered that the Report and Recommendation of the Honorable Robert R. Armstrong, Jr., United States Magistrate Judge [Doc. 21] entered the 8th day of November, 2007 be accepted and hereby is accepted as entered.  This court does hereby adopt the report and

recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 15th day of November 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE